## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES ERIC LEE**                                                    **PLAINTIFF**
**ADC #117226**

**v.**                            **Case No. 4:25-cv-00251 KGB**

**FAULKNER COUNTY DETENTION**
**CENTER UNIT 1, *et al.***                                            **DEFENDANTS**

### ORDER

Before the Court is the Partial Recommended Disposition ("Partial Recommendation") submitted to the Court by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). Plaintiff Charles Eric Lee responded and stated that he did not wish to object to the Partial Recommendation (Dkt. No. 9). Accordingly, after careful consideration, the Court approves and adopts the Partial Recommendation in its entirety as this Court's findings in all respects (*Id.*).

Also before the Court is the Recommended Disposition ("Recommendation") submitted to the Court by Judge Volpe (Dkt. No. 29). Lee objects to the Recommendation (Dkt. No. 30). The Court has reviewed the Recommendation, the objections, and the record *de novo*, and the Court adopts the Recommendation as the Court's findings of fact and conclusions of law in all respects (Dkt. No. 29).

The final item before the Court is defendants' motion to stay or extend the dispositive motion deadline (Dkt. No. 33). The Court denies as moot the motion to stay the dispositive motion deadline (*Id.*)

### I.    Partial Recommendation

After careful consideration, including Lee's correspondence stating that he did not object to the Partial Recommendation, the Court approves and adopts the Partial Recommendation in its

entirety as this Court's findings in all respects (Dkt. No. 8).  Accordingly, the Court dismisses with prejudice Lee's claims against defendant Faulkner County Detention Center, Unit 1.  The Court dismisses without prejudice Lee's claims against defendant Doe.

## II.    Recommendation

Judge Volpe's Recommendation explained that the Prison Litigation Reform Act requires that a prisoner exhaust administrative remedies before bringing suit under 42 U.S.C. § 1983 (Dkt. No. 29, at 2–3 (citing 42 U.S.C. § 1997e(a))).  In the Recommendation, Judge Volpe determined from the record that Lee did not follow the Faulker County Detention Center grievance policy and, accordingly, did not exhaust his claim before filing suit (Dkt. No. 29 at 3–5).  Lee's objections do not argue that Lee exhausted his administrative remedies before filing suit (Dkt. No. 30).  Instead, Lee contends that the lack of "a grevience [sic] does not 'right' [defendants'] wrong doing . . . ." (*Id.*).  Lee argues that the failure to file a grievance means that dismissal without prejudice is therefore not warranted (*Id.*).  As explained in the Recommendation, the Court does not have the discretion to suspend the exhaustion requirement, regardless of the alleged wrongfulness of defendants' conduct (Dkt. No. 29, at 4).  Accordingly, the Court overrules Lee's objections.  After careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 29).

## III.    Conclusion

For the foregoing reasons, the Court adopts the Partial Recommendation and the Recommendation in their entirety as this Court's findings in all respects (Dkt. Nos. 8; 29).  The Court dismisses with prejudice Lee's claims against defendant Faulkner County Detention Center, Unit 1.  The Court dismisses without prejudice Lee's claims against defendant Doe.  The Court grants defendants' motion for summary judgment (Dkt. No. 22).  The Court dismisses without

prejudice for failure to exhaust his administrative remedies Lee's claims against defendants Watkins, Harrison, and Ussery.  The Court denies as moot defendants' motion to stay the dispositive motion deadline (Dkt. No. 33).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Partial Recommendation, Recommendation, and the accompanying Judgment would not be taken in good faith.

It is so ordered this 15th day of June, 2026.

Kristine G. Baker
Chief United States District Judge