## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES ERIC LEE**                                                                 **PLAINTIFF**
**ADC #117226**

**v.**                          **Case No. 4:25-cv-00251 KGB**

**FAULKNER COUNTY DETENTION**
**CENTER UNIT 1**, *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed. Plaintiff Charles Eric Lee's claims against Faulkner County Detention Center, Unit 1, are dismissed with prejudice. Lee's claims against defendants Doe, Watkins, Harrison, and Ussery are dismissed without prejudice.

It is so adjudged this 15th day of June, 2026.

Kristine G. Baker
Chief United States District Judge